UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-37316 |
|---|---|
| ANDRE' ETIENNE | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4029271**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | ANDRE' ETIENNE<br>7112 HISTORIC COURT<br>DAYTON, OH  45414 | 0.57 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/10/2010

| | Certificate of Service | 05-37316 |

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

ANDRE' ETIENNE
7112 HISTORIC COURT
DAYTON, OH  45414

REBECCA A BARTHELEMY-SMITH
4133 N DIXIE DR
DAYTON, OH  45414

(33.1n)
EDWARD J BOLL III
BOX 5480
CINCINNATI, OH  45201

(29.1n)
EVERHOME MORTGAGE COMPANY
BOX 2167
JACKSONVILLE, FL  32232

(32.1n)
LINH TRAN
2101 FOURTH AVE
SUITE 900
SEATTLE, WA  98121

(31.1n)
NATIONAL CAPITAL MANAGEMENT
8245 TOURNAMENT DRIVE
SUITE 230
MEMPHIS, TN  38125

(30.1n)
R CHARLES DIX
120 E FOURTH ST  8TH FLOOR
CINCINNATI, OH  45202

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner        sv